RUSSELL CHAMBERLAIN, PLAINTIFF-RESPONDENT, v. RONALD STURMA, DEFENDANT, AND NOREEN WARD, DEFENDANT-PETITIONER.

Argued February 13, 1967—Decided February 20, 1967.

*Mr. Arthur J. Blake* argued the cause for appellant (*Messrs. Lamb, Blake, Hutchinson & Dunne,* attorneys; *Mr. H. Curtis Meanor,* of counsel).

*Mr. Ralph S. Heuser* argued the cause for respondent (*Messrs. Heuser & Heuser,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of the Appellate Division.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, HALL, SCHETTINO and HANEMAN—6.

*For reversal*—None.